UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: *Tresco, Leroy Elmer, Sr.*
*Tresco, Roxanne*

CHAPTER 7
BKY. CASE NO. 08-50928

Debtor(s).

**ORDER**

At Duluth, MN, February 4, 2009.

The above-entitled matter came before the Court on the Objection to Claimed Exempt Property filed by the Trustee. Appearances, if any, were as noted upon the record. Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED:

That the Trustee's objection is sustained, and

1. Each Debtor(s)' claimed exemption in: Whole Life Insurance is limited to $10,775.00 in one life insurance policy owned by that Debtor and

2. Each Debtor(s)' claimed exemption in: 2002 Dodge Ram Van - $1,450 under 11 U.S.C. §522(d)(2) is disallowed.

*/e/ Gregory F. Kishel*

THE HONORABLE GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/04/2009
Lori Vosejpka, By amm